## Continuation of Criminal Complaint

I, Nicholas Mascorro, being duly sworn, hereby depose and state as follows:

## Introduction and Background

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have served as such since March 2016.  I am a graduate of the Special Agent Basic Training Program at the ATF National Academy and of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center.  I have conducted numerous investigations into the unlawful possession and use of firearms, the possession and distribution of controlled substances, and conspiracies associated with firearm and narcotic offenses.  I am presently assigned to ATF's Lansing Office.  As a Special Agent with ATF, my primary duties include the investigation of alleged violations of federal firearm laws, including the subject offense of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

2.      I submit this continuation in support of a criminal complaint and arrest warrant for Joseph BRYANT.  As set forth below, there is probable cause to believe that BRYANT committed a violation of 18 U.S.C § 922(g)(1) (felon in possession of a firearm) on or about January 29, 2026, in Ingham County.

3.      The information contained in this continuation is based on information obtained in part on: (a) my personal participation in this investigation; (b) information provided by other law enforcement officers; (c) criminal history records; and (d) my personal training and experience and the training and experience of other law enforcement personnel.  This continuation does not contain all the information known as a result of this investigation, but only those facts that I believe are

necessary to establish probable cause to show that Joseph BRYANT committed a violation of 18 U.S.C § 922(g)(1) (felon in possession of a firearm) on or about January 29, 2026.

## Probable Cause

4.    I reviewed BRYANT's criminal history and determined that he has the below felony convictions.

a.  In 1989 in the 56th Circuit Court in Eaton County: possession of less than 25 grams of a narcotic/controlled substance.

b.  In 1989 in the 30th Circuit Court in Ingham County:

i.  breaking and entering a building with intent,

ii.  a separate case of felonious assault, also known as assault with a dangerous weapon, and

iii.  a separate case of delivery or manufacture of 50 grams or less of a narcotic/controlled substance.

c.  In 2000 in the 18th Circuit Court in Bay County: convictions from the same case for assault with intent to do great bodily harm less than murder, two counts of felony firearm, felonious discharge of a weapon from a vehicle, carrying a concealed weapon, and felon in possession of a firearm.

5.      On December 23, 2025, a female victim[1] reported a sexual assault that had occurred in the early morning hours of December 13, 2025 in the City of Lansing, in Ingham County.  The female victim reported the following.

      a.  BRYANT was the assailant when she and a male victim were present and BRYANT pointed a black pistol at her head.  BRYANT made the male victim perform oral sex on the female victim while BRYANT masturbated.

      b.  BRYANT also got behind the male victim and the female victim believes BRYANT anally penetrated the male victim with either his penis or the firearm. BRYANT also ordered the male victim to anally penetrate the female victim. While the male victim was behind her, BRYANT was nearby and pointing the firearm in their direction.

6.      On January 28, 2026, the Michigan State Police obtained a search warrant for BRYANT's residence located at 1400 W. Willow Street, Lansing, Ingham County, Michigan. This search warrant was for evidence related to false imprisonment, sexual assault, felon in possession of a firearm, and felonious assault.

7.      On January 29, 2026, law enforcement arrived at the residence to serve the above search warrant and located BRYANT inside the residence. Law enforcement began a search of the residence and located a loaded black Ruger model EC9s pistol. The firearm was located in a blue motorcycle's saddlebag; the motorcycle

---

[1] Her name and identity are known to me but are not included here to protect her privacy.

was located in the garage of the residence. The motorcycle is registered to BRYANT. The pistol matches the description provided by the victim of the firearm utilized during the sexual assault. Law enforcement also located in the other saddlebag of the same motorcycle documents with BRYANT's name on them.

8.      On January 29, 2026, ATF Interstate Nexus Expert Special Agent Dustin Hurt advised that Ruger firearms are manufactured outside the State of Michigan. Therefore, the firearm has traveled through interstate commerce.

## Conclusion

9.      Based on the forgoing facts, I submit there is probable cause to believe that Joseph BRYANT has knowingly possessed a Ruger model EC9s pistol after previously being convicted of an offense punishable by imprisonment for a term exceeding one year under the laws of the State of Michigan, in violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).  I respectfully request a warrant for BRYANT's arrest.